# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 18, 2025

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  National Basketball Association
           v. Michael Salazar
           No. 24-994
           (Your No. 23-1147)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 14, 2025 and placed on the docket March 18, 2025 as No. 24-994.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst